# EXHIBIT A

Filing # 239070658 E-Filed 01/08/2026 12:53:31 PM

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

LATONYA ALLEN O.B.O.
MINOR CHILD, K.A.,

Plaintiff,

-vs- CASE NO.:

PANDA HUGS ACADEMY, LLC,

Defendant.
_______________________________________/

**COMPLAINT**

COMES NOW, Plaintiff, LATONYA ALLEN O.B.O. MINOR CHILD, K.A., by and through the undersigned attorneys and sues Defendant, PANDA HUGS ACADEMY, LLC (hereinafter referred to as "PANDA HUGS ACADEMY, LLC"), and alleges as follows:

1. This is an action for damages that exceeds the sum of FIFTY THOUSAND DOLLARS ($50,000.00), exclusive of costs, interest and attorneys' fees (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$50,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for jurisdictional purposes only (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2. At all times material hereto, Plaintiff, LATONYA ALLEN, was a resident of Pasco County, Florida and was/is the parent and natural guardian of MINOR CHILD K.A. who lived with her.

3. At all times material hereto, Defendant, PANDA HUGS ACADEMY, LLC, owned, operated and/or maintained a day care center located at 15051 Bruce B. Downs Blvd., Tampa, Hillsborough County, Florida.

4. At all times material hereto, Defendant, PANDA HUGS ACADEMY, LLC, was authorized by law and responsible for the supervision of all children and employees of the daycare center.

5. On December 17, 2024, Plaintiff, MINOR CHILD, K.A., was an attendee at Defendant, PANDA HUGS ACADEMY, LLC.

**COUNT I- NEGLIGENT HIRING, RETENTION, AND SUPERVISION**

Plaintiff, LATONYA ALLEN O.B.O. MINOR CHILD K.A., reiterates and re-alleges paragraphs 1 through 5 as if more fully set forth herein and further alleges:

6. On December 17, 2024, Plaintiff, LATONYA ALLEN O.B.O. MINOR CHILD, K.A., while an attendee of Defendant, PANDA HUGS ACADEMY, LLC, alleges that MINOR CHILD, K.A was inappropriately touched, physical assaulted and battered, and sexually assaulted and battered by Denario Powell, an employee of Defendant, PANDA HUGS ACADEMY, LLC.

7. Defendant PANDA HUGS ACADEMY, LLC was required to make an appropriate investigation of the employee, but failed to do so.

8. Further, Defendant PANDA HUGS ACADEMY, LLC became aware or should have become aware of the employee's unfitness for employment because during the course and scope of his employment, he repeatedly displayed his unfitness for that duty based on his hostile, unprofessional, and inappropriate demeanor and treatment of others including business invitees and children under the Defendant's care.

9. Based on the foregoing, it was reasonably foreseeable and highly probable that the hiring, continued retention, and inadequate training and supervision of the employee would ultimately lead to the employee's physical and sexual assault of children under the care of the Defendant and cause injury.

10. Defendant negligently failed to take any corrective action with regard to the employee's behavior, such as investigation, training, adequate supervision, reassignment, or termination.

11. The physical and sexual assault/battery of MINOR CHILD KA occurred on the premises of Defendant, PANDA HUGS ACADEMY, LLC.

12. At the time of said assault, Denario Powell was employed by Defendant, PANDA HUGS ACADEMY, LLC.

13. At all times material hereto, Defendant, PANDA HUGS ACADEMY, LLC, had a legal duty to supervise the actions of its employee, Denario Powell.

14. Defendant, PANDA HUGS ACADEMY, LLC, was negligent in its supervision of Denario Powell by failing to prevent him from committing physical abuse and sexual assaults on an attended in the care of the daycare center.

15. As a direct and proximate cause of the negligence of the Defendant, PANDA HUGS ACADEMY, LLC, as heretofore alleged, the Plaintiff, MINOR CHILD, K.A., sustained injuries and damages as hereinafter alleged.

16. As a direct and proximate result of the negligence of the Defendant, PANDA HUGS ACADEMY, LLC, as heretofore alleged, the Plaintiff, LATONYA ALLEN O.B.O. MINOR CHILD, K.A., was injured in and about his body and extremities; incurred medical expenses for the treatment of said injuries; incurred pain and suffering of both a physical and mental nature; incurred

loss of ability to lead and enjoy a normal life; all of which are either permanent or continuing in nature and the Plaintiff, LATONYA ALLEN O.B.O. MINOR CHILD, K.A., will sustain said loss in the future.

WHEREFORE, the Plaintiff, LATONYA ALLEN O.B.O. MINOR CHILD, K.A, demands judgment against the Defendant, PANDA HUGS ACADEMY LLC, in an amount in excess of Fifty Thousand ($50,000) Dollars, and requests a trial by jury of all issues triable as of right by a jury

**COUNT II- NEGLIGENT SECURITY**

Plaintiff, LATONYA ALLEN O.B.O. MINOR CHILD, K.A., reiterates and re-alleges paragraphs 1 through 5 as if more fully set forth herein and further alleges:

17. On December 17, 2024, Plaintiff, LATONYA ALLEN O.B.O. MINOR CHILD, K.A., while an attendee of Defendant, PANDA HUGS ACADEMY, LLC, alleges that he was inappropriately touched and sexually assaulted by Denario Powell, on the premises of PANDA HUGS ACADEMY, LLC.

18. Said assault occurred on the premises of Defendant, PANDA HUGS ACADEMY, LLC.

19. At all times material hereto, Plaintiff, LATONYA ALLEN O.B.O. MINOR CHILD, K.A., was an attendee at Defendant, PANDA HUGS ACADEMY, LLC, and would meet the legal definition of an invitee on the premises.

20. At all times material hereto, Defendant, PANDA HUGS ACADEMY, LLC, owed a duty to provide a safe environment for children under their care and other invitees on the premises.

21. Defendant, PANDA HUGS ACADEMY, LLC, breached this duty by failing to take precautions against foreseeable criminal acts on the premises.

22. Defendant, PANDA HUGS ACADEMY, LLC, negligently failed to enact reasonable policies and/or failed to enforce existing policies to prevent sexual misconduct against children under its care.

23. As a direct and proximate cause of the negligence of the Defendant, PANDA HUGS ACADEMY, LLC, as heretofore alleged, the Plaintiff, LATONYA ALLEN O.B.O. MINOR CHILD, K.A., sustained injuries and damages as hereinafter alleged.

24. As a direct and proximate result of the negligence of the Defendant, PANDA HUGS ACADEMY, LLC, as heretofore alleged, the Plaintiff, LATONYA ALLEN O.B.O. MINOR CHILD, K.A., was injured in and about his body and extremities; incurred medical expenses for the treatment of said injuries; incurred pain and suffering of both a physical and mental nature; incurred loss of ability to lead and enjoy a normal life; all of which are either permanent or continuing in nature and the Plaintiff, LATONYA ALLEN O.B.O. MINOR CHILD, K.A., will sustain said loss in the future.

WHEREFORE, Plaintiff, LATONYA ALLEN O.B.O. MINOR CHILD, K.A., demands judgment against Defendant, PANDA HUGS ACADEMY, LLC, in an amount in excess of Fifty Thousand ($50,000.00) Dollars, and requests a trial by jury of all issues triable as of right by a jury.

**<u>COUNT III</u>**

**<u>VICARIOUS LIABILITY</u>**

18. Plaintiff realleges and adopts paragraphs one (1) through five (5) as if set forth fully herein.

19. Defendant PANDA HUGS ACADEMY, LLC. is vicariously liable for the actions of its employee because its duty to exercise reasonable care in providing for the safety of its patrons and children under its care is nondelegable.

20. Additionally, PANDA HUGS ACADEMY, LLC. is vicariously liable for the actions of the employee because the employee was on duty, on the clock, in uniform, and performing his normal duties at the daycare when he committed the acts described above.

21. The employee's actions were taken within the course and scope of the performance of his duties as an employee to serve the interests of PANDA HUGS ACADEMY, LLC. in the performance of its nondelegable duty to provide supervision and care for the children on its premises. Therefore, PANDA HUGS ACADEMY, LLC. is vicariously liable for the actions of the employee, regardless of whether the employee did them intentionally or negligently.

22. As a direct and proximate result of the above described actions of the PANDA HUGS ACADEMY, LLC employee, for which Defendant, PANDA HUGS ACADEMY, LLC., is vicariously liable, Plaintiff LATONYA ALLEN O.B.O. MINOR CHILD, K.A. has sustained the following past, present, and future damages:

a. Bodily injury;

b. Mental Anguish

c. Emotional Distress

d. Great physical pain and suffering;

e. Disability and inability and loss of capacity to lead and enjoy a normal life;

f. Inconvenience;

g. Physical impairment;

h Disfigurement and scarring;

i. Aggravation of an existing disease or condition;

j. Permanent injury within a reasonable degree of medical probability; and

k. Medical and related expenses, past, present, and future, incurred in seeking treatment for her injuries.

23. The wrongful actions taken by the employee of PANDA HUGS ACADEMY LLC. were the direct and proximate cause of the injuries to the Plaintiff, LATONYA ALLEN O.B.O. MINOR CHILD, K.A..

24. Plaintiff LATONYA ALLEN O.B.O. MINOR CHILD, K.A. demands a trial by jury on all issues so triable in this action.

WHEREFORE, the Plaintiff, LATONYA ALLEN O.B.O. MINOR CHILD, K.A., demands judgment against the Defendant, PANDA HUGS ACADEMY LLC, in an amount in excess of Fifty Thousand ($50,000) Dollars, and requests a trial by jury of all issues triable as of right by a jury.

Respectfully submitted this 8th day of January, 2026.

/s/ **Westley Lockwood**
Westley Lockwood, Esquire
FBN : 0596213
Morgan & Morgan P.A.
201 North Franklin Street – 7th Floor
Tampa, Florida 33602
Telephone- 813-559-4919
wlockwood@forthepeople.com
Jessica.jones@forthepeople.com
kathy.korson@forthepeople.com